UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **KEVIN T HAMBURG #624781** | **CASE NO. 3:25-CV-01109 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DONNA NORMAN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 5], together with Plaintiff's written and filed objections thereto [Doc. No. 6], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that all of Plaintiff, Kevin T. Hamburg's claims are **DISMISSED WITH PREJUDICE** as they are untimely, legally frivolous, and fail to state claims on which relief may be granted.

MONROE, LOUISIANA, this 17th day of September 2025.

_____
Terry A. Doughty
United States District Judge